UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joe Fasano; Altimeo Optimum Fund; Altimeo Asset Management, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>Guoqing Li; Peggy Yu Yu; Dangdang Holding Company, Ltd.; E-Commerce China Dangdang Inc.; Kewen Holding Co. Ltd.; Science & Culture Ltd.; First Profit Management, Ltd.; Danqian Yao; Lijun Chen; Min Kan; Ruby Rong Lu; Ke Zhang; and Xiaolong Li,<br><br>**Defendants.** | Civ. A. No. 16-8759<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Altimeo Asset Management certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  November 10, 2016

By: /s/ Samuel J. Lieberman
Samuel J. Lieberman

Attorney Bar Code:  _SL9608___

{00313248.DOCX; 1}