# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Joe Fasano; Altimeo Optimum Fund; Altimeo Asset Management, Individually and on Behalf of All Others Similary Situated <br><br> *Plaintiff(s)* <br> v. <br> See attached Rider A for list of Defendants <br><br> *Defendant(s)* | Civil Action No. 16 - cv-08759-KPF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider B for Defendants' names and addresses.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas Hirsch, Esq.
Samuel J. Lieberman, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 947-3793
dhirsch@sglawyers.com slieberman@sglawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/10/2016

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

## Rider A to Form AO 440 Summons in a Civil Action

Guoqing Li; Peggy Yu Yu; Dangdang Holding Company, Ltd.; E-Commerce China Dangdang Inc.; Kewen Holding Co. Ltd.; Science & Culture Ltd.; First Profit Management, Ltd.; Danqian Yao; Lijun Chen; Min Kan; Ruby Rong Lu; Ke Zhang; and Xiaolong Li,

*Defendants*

# Rider B to Form AO 440 Summons in a Civil Action

Guoqing Li
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Peggy Yu Yu
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Dangdang Holding Company, Ltd.
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Kewen Holding Co. Ltd.
c/o Offshore Incorporations Limited
P.O. Box 957
Offshore Incorporations Center, Road Town
Tortola, British Virgin Islands.

Science & Culture Ltd.
c/o Offshore Incorporations Limited
P.O. Box 957
Offshore Incorporations Center, Road Town
Tortola, British Virgin Islands.

First Profit Management Ltd
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Danqian Yao
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Lijun Chen
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Min Kan
c/o E-Commerce China Dangdang Inc.
21/F, Jing An Center
No. 8 North Third Ring Road East
Chaoyang District, Beijing 100028
People's Republic of China

Ruby Rong Lu
Liangmaqiao DRC, 705, Beijing
People's Republic of China

Ke Zhang
c/o 9th Floor, Fu Hua Mansion
8 Chaoyangmen North Avenue
Dongcheng District, Beijing 100027
People's Republic of China

Xiaolong Li
16/F Jianda Building
14 Dongtucheng Road
Chaoyang District, Beijing
People's Republic of China