USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 17, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOE FASANO, ALTIMEO OPTIMUM FUND, and ALTIMEO ASSET MANAGEMENT, individually and on behalf of all others similarly situated,

                  Plaintiffs,

v.

GUOQING LI, *et al.*,

                  Defendants.

------------------------------------------------------------ X

16 Civ. 8759 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On November 10, 2016, Plaintiffs filed a class action lawsuit on behalf of certain stockholders in E-Commerce China Dangdang Inc. The complaint alleges violations of Section 13(e) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78m(e), and Rule 13e-3 thereunder, 17 C.F.R. § 240.13e-3.

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period … .

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that no later than December 2, 2016, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: November 17, 2016
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge