UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO; ALTIMEO OPTIMUM FUND; ALTIMEO ASSET MANAGEMENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-v.-<br><br>GUOQING LI; PEGGY YU YU; DANGDANG HOLDING COMPANY, LTD.; E-COMMERCE CHINA DANGDANG, INC.; KEWEN HOLDING CO., LTD.; SCIENCE & CULTURE LTD.; FIRST PROFIT MANAGEMENT, LTD.; DANQIAN YAO; LIJUN CHEN; MIN KAN; RUBY RONG LU; KE ZHANG; and XIAOLONG LI,<br><br>Defendants. | Civil Action No. 16-8759 (KPF)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: December 16, 2016 |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiffs Joe Fasano, Altimeo Optimum Fund, and Altimeo Asset Management (the "Plaintiffs") and Defendants Dangdang Holding Company, Ltd.; E-Commerce China Dangdang, Inc.; Kewen Holding Co. Ltd.; Science & Culture International Ltd.; and First Profit Management, Ltd. (the "Defendants"), through their respective undersigned attorneys, that the time for the Defendants to move, answer, or otherwise respond to the Plaintiffs' Complaint in the above-captioned action is hereby extended through and including January 26, 2017.  There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED that the Defendants hereby reserve all rights and affirmative defenses.

Dated: December 16, 2016     SADIS & GOLDBERG, LLP

By: _____
    Samuel J. Lieberman

551 Fifth Avenue, 21st Floor
New York, NY 10176
Telephone: (212) 573-8164
Fax: (212) 947-3796
slieberman@sglawyers.com

Attorneys for Plaintiffs


Dated: December 16, 2016     O'MELVENY & MYERS LLP

By: _____
    Abby F. Rudzin

Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
arudzin@omm.com

Attorneys for Defendants


Dated: This 16th day of December, 2016.

_____
The Honorable Katherine Polk Failla
United States District Judge

2