# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO, *et al.*,<br><br>        Plaintiffs,<br><br>-v.-<br><br>GUOQING LI, *et al.*,<br><br>        Defendants. | Civil Action No. 1:16-8759 (KPF)<br><br>**NOTICE OF APPEARANCE** |

    Please enter the appearance of Abby F. Rudzin of O'Melveny & Myers LLP as counsel for Defendants E-Commerce China Dangdang, Inc., Dangdang Holding Company Limited, Kewen Holding Company Limited, Science & Culture International Limited, and First Profit Management Limited in the above-captioned case.

Date:  January 26, 2017
       New York, New York

Respectfully submitted,

s/ Abby F. Rudzin
Abby F. Rudzin
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
arudzin@omm.com

*Counsel for Defendants E-Commerce China Dangdang, Inc., Dangdang Holding Company Limited, Kewen Holding Company Limited, Science & Culture International Limited, and First Profit Management Limited*