# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOE FASANO, *et al.*,

                Plaintiffs,

-v.-

GUOQING LI, *et al.*,

                Defendants.

Civil Action No. 1:16-8759 (KPF)

**RULE 7.1 DISCLOSURE STATEMENT**

E-Commerce China Dangdang, Inc., through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that E-Commerce China Dangdang, Inc., is a wholly-owned subsidiary of Dangdang Holding Company Limited, Dangdang Holding Company Limited is not a publicly traded company, and no publicly held company directly or indirectly owns 10% or more of Dangdang Holding Company Limited's stock.

Date:  January 26, 2017
       New York, New York

Respectfully submitted,

s/ Abby F. Rudzin
Abby F. Rudzin
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
arudzin@omm.com

*Counsel for Defendant E-Commerce China Dangdang, Inc.*