**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOE FASANO, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> GUOQING LI, *et al.*, <br><br> Defendants. | Civil Action No. 1:16-8759 (KPF) <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Dangdang Holding Company Limited, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that Dangdang Holding Company Limited is not a publicly traded company and no publicly held company directly or indirectly owns 10% or more of its stock.

Date: January 26, 2017
New York, New York

Respectfully submitted,

s/ Abby F. Rudzin
Abby F. Rudzin
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
arudzin@omm.com

*Counsel for Defendant Dangdang Holding Company Limited*