UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE FASANO, *et al.*,

        Plaintiffs,

-v.-

GUOQING LI, *et al.*,

        Defendants.

Civil Action No. 1:16-8759 (KPF)

**RULE 7.1 DISCLOSURE STATEMENT**

---

    Science & Culture International Limited, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that Science & Culture International Limited is not a publicly traded company and no publicly held company directly or indirectly owns 10% or more of its stock.

Date: January 26, 2017
      New York, New York

Respectfully submitted,

s/ Abby F. Rudzin
Abby F. Rudzin
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
arudzin@omm.com

*Counsel for Defendant Science & Culture International Limited*