

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE  (212) 326-2000 | SINGAPORE |
| LOS ANGELES | FACSIMILE  (212) 326-2061 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |

February 2, 2017

WRITER'S DIRECT DIAL
(212) 326-2033

**BY ECF & ELECTRONIC MAIL**

WRITER'S E-MAIL ADDRESS
arudzin@omm.com

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re: <u>*Joe Fasano, et al. v. Guoqing Li, et al., 1:16-CV-08759*</u>

Dear Judge Failla:

  We represent Defendants E-Commerce China Dangdang, Inc., Dangdang Holding Company Limited, Kewen Holding Company Limited, Science & Culture International Limited, and First Profit Management.  We respectfully request that the pre-motion conference scheduled for February 10, 2017, be adjourned to the afternoon of February 14, 2017, or any time on February 15, 2017—both times that Plaintiffs' counsel is also available.  The reason for this request is that due to a pre-existing commitment, I will be out of town on February 10.  There has been no prior request to adjourn the pre-motion conference, and Plaintiffs' counsel consents to this request.

          Respectfully submitted,

          /s/ Abby F. Rudzin
          _____
          Abby F. Rudzin
          *of* O'MELVENY & MYERS LLP

cc:  All counsel of record via ECF