UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE FASANO, et al.

CIVIL ACTION NO.: 16-CV-08759-KPF

**VS**

*Plaintiff*

SEE ATTACHED RIDER A for list of DEFENDANTS

*Defendant*

## AFFIDAVIT OF SERVICE

State of Texas }
County of Dallas } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Texas,

That on **02/13/2017** at **3:00 PM** at **7100 Corporate Dr., Plano, TX 75024**

deponent served a(n) **Summons in a Civil Action, Rider A to Form AO 440 Summons in a Civil Action, Rider B to Form AO 440 Summons in a Civil Action, with Chinese Translation of Summons and Riders A-B, Class Action Complaint Jury Trial Demanded, Chinese Translations of Class Action Jury Trial Demanded**
on **Ruby Rong Lu**

by delivering thereat a true copy of each to **"Jane Doe" (Refused to Give First or Last Name) [Employee]**, a person of suitable age and discretion employed therein.

During the time of service, employees at the given address, stated that they are not authorized to take anything for Ms. Lu unless they speak with Ruby first. If Ms. Lu authorizes them to accept, then it takes three days for her to get anything from them by FedEx. Deponent stated that he will be leaving the papers there anyway and announced service on "Jane Doe." Upon service, the employees started backtracking what they initially told the server and informed him that they will shred the papers. In addition to this statement, the employees informed deponent that they would have to go through the board to get Ruby Rong Lu's address.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at **7100 Corporate Dr., Plano, TX 75024**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **02/14/2017**

**c/o Yum China Holdings, Inc.**

Description of Person Served:
Gender: Female
Skin: Asian
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this

**15th** day of February, 2017

NOTARY PUBLIC

Michael Hernandez
SCH 4593

WHITNIE RENEE FRENCH
My Notary ID # 130492037
Expires January 11, 2020

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

### Rider A fo Form AO 440 Summons in a Civil Action

Guoqing Li; Peggy Yu Yu; Dangdang Holding Company, Ltd.; E-Commerce China Dangdang Inc.; Kewen Holding Co. Ltd.; Science & Culture Ltd.; First Profit Management, Ltd.; Danqian Yao; Lijun Chen; Min Kan; Ruby Rong Lu; Ke Zhang; and Xiaolong Li,

*Defendants*