USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 8, 2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joe Fasano; Altimeo Optimum Fund; Altimeo Asset Management, Individually and On Behalf of All Others Similarly Situated, | |
| **Plaintiffs,** | **Civ. A. No. 16-8759 (KPF)** |
| v. | |
| Guoqing Li; Peggy Yu Yu; Dangdang Holding Company, Ltd.; E-Commerce China Dangdang Inc.; Kewen Holding Co. Ltd.; Science & Culture Ltd.; First Profit Management, Ltd.; Danqian Yao; Lijun Chen; Min Kan; Ruby Rong Lu; Ke Zhang; and Xiaolong Li, | |
| **Defendants.** | |

**ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING**
**SELECTION OF LEAD COUNSEL**

**WHEREAS**, the Court has considered the motions for Appointment of Lead Plaintiff and Approval of Lead Counsel,

**IT IS HEREBY ORDERED THAT**:

## I. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

1.      Having reviewed all pending Motions and accompanying Memoranda of law, the Court hereby appoints Joe Fasano ("Fasano"), Altimeo Optimum Fund, and Altimeo Asset Management (the two Altimeo entities together "Altimeo") as Co-Lead Plaintiffs of the Class Action.  Fasano and Altimeo satisfy the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      Co-Lead Plaintiffs, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, have selected and retained Sadis & Goldberg LLP as Lead Counsel.

3.      Plaintiffs' lead counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

> (a)      to coordinate the briefing and argument of motions;
>
> (b)      to coordinate the conduct of discovery proceedings;
>
> (c)      to coordinate the examination of witnesses in depositions;
>
> (d)      to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;
>
> (e)      to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;
>
> (f)      to coordinate all settlements negotiations with counsel for defendants;
>
> (g)      to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and
>
> (h)      to supervise any other matters concerning the prosecution, resolution or settlement of the Class Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of lead counsel.

5. Counsel in any related action that is consolidated with this Class Action shall be bound by this organization of plaintiffs' counsel.

6. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7. Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

8. Defendants shall effect service of papers on plaintiffs by serving a copy of same on lead counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

9. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED.**

Dated: _____March 8_____, 2017
       New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK