UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO, *et al.*,<br><br>     Plaintiffs,<br><br>     -v.-<br><br>GUOQING LI, *et al.*,<br><br>     Defendants. | Civil Action No. 16-cv-8759 (KPF)<br><br>**DECLARATION OF GUOQING LI ON BEHALF OF SCIENCE & CULTURE INTERNATIONAL LIMITED** |

I, Guoqing Li, under 28 U.S.C. § 1746, declare as follows:

1. I have knowledge of the matters set forth here through personal experience. If called to testify, I could and would testify to the truth of the following. I submit this declaration in support of Defendants' Motion to Dismiss on *Forum Non Conveniens* Grounds.

2. I am the Director of Science & Culture International Limited ("SCI"). I have authority to make this declaration on behalf of SCI.

3. SCI is a limited company incorporated under British Virgin Islands law. SCI's business address is: Offshore Incorporations Limited, P.O. Box 957, Offshore Incorporations Center, Road Town, Tortola, British Virgin Islands.

4. SCI's directors and company files are located in the People's Republic of China.

5. SCI does not have any offices, employees, directors, operations, or company files in the State of New York or anywhere else in the United States.

6. SCI consents to jurisdiction in the Cayman Islands for the purposes of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on February 22, 2017.

_____
Guoqing Li