# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> GUOQING LI, *et al.*, <br><br> Defendants. | Civil Action No. 16-cv-8759 (KPF) <br><br> **DECLARATION OF DANQIAN YAO ON BEHALF OF FIRST PROFIT MANAGEMENT LIMITED** |

I, Danqian Yao, under 28 U.S.C. § 1746, declare as follows:

1. I have knowledge of the matters set forth here through personal experience. If called to testify, I could and would testify to the truth of the following. I make this declaration in support of Defendants' Motion to Dismiss on *Forum Non Conveniens* Grounds.

2. I am the Director of First Profit Management Limited. I have authority to make this declaration on behalf of First Profit Management.

3. First Profit Management is a limited company incorporated under British Virgin Islands law. First Profit Management's business address is: Jing An Center, No. 8 North Third Ring Road East, Chaoyang District, Beijing, People's Republic of China.

4. First Profit Management's sole director resides in the People's Republic of China.

5. First Profit Management's company files are located in the People's Republic of China.

6. First Profit Management does not have any offices, employees, operations, or company files in the State of New York or anywhere else in the United States.

7. First Profit Management consents to jurisdiction in the Cayman Islands for the purposes of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on February 21, 2017.

_____
Danqian Yao