**MANDATE**

N.Y.S.D. Case #
16-cv-8759(KPF)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and nineteen.

Before:  Richard C. Wesley,
         Denny Chin,
         Richard J. Sullivan,
              *Circuit Judges.*

_____

Joe Fasano, Individually and on Behalf of All Others Similarly Situated, Altimeo Optimum Fund, Individually and on Behalf of All Others Similarly Situated, Altimeo Asset Management, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs - Appellants,

v.

Peggy Yu Yu, Dangdang Holding Company Limited, E-Commerce China Dangdang, Inc., Kewen Holding Company Limited, Science & Culture International Limited, First Profit Management Limited, Danqian Yao, Lijun Chen, Min Kan,

      Defendants - Appellees,

Guoqing Li, Ruby Rong Lu, Ke Zhang, Xiaolong Li,

      Defendants.
_____

**JUDGMENT**

Docket No. 18-100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 07 2019

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 05/07/2019**