



MEMO ENDORSED

Ben Hutman
212.573.6675
bhutman@sglawyers.com
www.sglawyers.com

July 19, 2019

**VIA ECF**
The Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Joe Fasano, et al., v. Guoqing Li, et al.,* Docket No. 16-cv-8759 (KPF)
Joint Letter

Dear Judge Failla,

We regret to inform the Court that the parties could not reach unanimous consent to proceed with this action before the Magistrate Judge.

By: /s/ Samuel J. Lieberman
Samuel J. Lieberman
Ben Hutman
SADIS & GOLDBERG, LLP
551 5th Avenue, 21st Floor
New York, New York 10176
(212) 573-6675
*Counsel for Plaintiffs*

By: /s/ James W. Brown
James W. Brown
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Grand Central Place, Suite 2050
New York, New York 10036
(212) 735-2352
*Counsel for Defendants*

{00376483.DOCX; 1}

The Court is in receipt of the parties' letter.  Accordingly, the Court sets the following schedule for briefing on Defendants' renewed *forum non conveniens* motion and motion to dismiss under Fed. R. Civ. P. 12(b)(6).  Defendants' motion shall be due on or before August 22, 2019.  Plaintiff's brief in opposition to the motion shall be due on or before September 23 2019, and Defendants' brief in reply shall be due on or before October 7, 2019.

Dated:     July 22, 2019           SO ORDERED.
           New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE