## Index of Rules/Statutes Cited

| Rule/Statute | Tab |
|---|---|
| *GCR Order 14A Rule 1* | 1 |
| *GCR Order 15 Rule 12A* | 2 |
| *GCR Order 18 Rules 7 and 12* | 3 |
| *GCR Order 18 Rule 19* | 4 |

## Index of Other Authorities

| Other | Tab |
|---|---|
| *Charlesworth & Percy on Negligence,* para. 2-196 | 5 |
| *Snell's Equity,* paras. 7-059 and 30-014 | 6 |
| *Spencer Bower and Handley: Actionable Misrepresentation ("Spencer"),* Chap. 6 and 22 | 7 |

## Index of Cases

| Case | Tab |
|---|---|
| *AIB Group (UK) plc v Mark Redler & Co,* [2015] AC 1503 at paras. 64-73, 94 and 123 | 8 |
| *Barrett v Duckett,* [1995] 1 BCLC 243 at 249-250 | 9 |
| *Bristol & West Building Society v Mothew,* [1998] Ch. 1 at 18A-C | 10 |
| *Canson Enterprises Ltd v Broughton,* (1991) 85 DLR (4th) 129 at 160, 162 and 163 | 11 |
| *Re Charterhouse Capital Ltd.,* [2015] BCC 574 at para. 50 | 12 |
| *Cia de Seguros Imperio v Heath (REBX) Ltd.,* [2001] 1 W.L.R. 112 (CA) at 125 | 13 |

*Edgar v. MITE Corp.,*
  457 U.S. 624, 645 (1982) ........................................................................................... 14

*Gao v China Biologic Products,*
  No. FSD 157 of 2018 (IKJ) (Grand Ct. Fin. Servs. Div. Dec. 10, 2018) (Cayman Is.) .......... 15

*Harris v Microfusion,*
  2003-2 LLP [2017] 1 BCLC 305 .................................................................................... 16

*Holzman v Guoqiang Xin,*
  2015 WL 5544357, at *10 .............................................................................................. 17

*Kohn v Meehan,*
  [2003] All ER (D) 315 (Ch) (Eng.) ............................................................................... 18

*Konamaneni v. Rolls Royce,*
  [2002] 1 WLR 1269 at paras. 50, 54-55 ......................................................................... 19

*Noel v Poland,*
  [2001] 2 BCLC 645.......................................................................................................... 20

*Partco Group Ltd v Wragg,*
  [2004] BCC 782................................................................................................................ 21

*Peskin v Anderson,*
  [2001] BCC 874................................................................................................................ 22

*Peters American Delicacy Ltd v Heath,*
  *(1938-1939) 61 CLR 457 at 504* .................................................................................... 23

*Schultz v Reynolds,*
  (1992-92) CILR 59 at 69 (27-35) ................................................................................... 24

*Scottish Air Int'l, Inc. v. British Caledonian Group, PLC,*
  81 F.3d 1224, 1234 (2d Cir. 1996) ................................................................................. 25

*Shanda Games v Maso Capital Investments Limited et al.,*
  (2018) (1) CILR 352 ....................................................................................................... 26

*Sharp v Blank,*
  [2017] BCC 187 at paras. 9-13 ...................................................................................... 27

*Target Holdings Ltd v Redferns,*
  [1996] AC 421 at pp. 434, 438-439 ............................................................................... 28

*Vald Nielsen Holding AS v Baldorino,*
  [2019] EWHC 1926 (Comm) per Jacob J at [721-746] (principles), [747-763] ........... 29

*Williams v Natural Health Foods,*
  [1998] 1 WLR 830 at pp 834-835 .................................................................................. 30