UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                            :

JOE FASANO, ALTIMEO OPTIMUM FUND, AND :
ALTIMEO ASSET MANAGEMENT, individually :
and on behalf of all others similarly situated, :
                                                 :       16 Civ. 8759 (KPF)
                        Plaintiffs,   :
                                                 :       SCHEDULING ORDER
            v.                               :

GUOQING LI, *et al.*,                      :
                        Defendants.  :
                                                 :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

On September 12, 2019, the Court received Plaintiffs' Amended complaint. (Dkt. #79). As Plaintiff had amended, the Court denied Defendants' motion to dismiss (Dkt. #74-76) without prejudice to its refiling (Dkt. #80). The Court requested that on or before October 7, 2019, Defendant file either an updated motion to dismiss the amended complaint or an answer. (*Id.*). On October 7, 2019, Defendants renewed their motion to dismiss. (Dkt. #81-84). The Court hereby sets the following schedule for the briefing. Plaintiffs' opposition shall be due on or before November 6, 2019, and Defendants' reply shall be due on or before November 27, 2019.

       SO ORDERED.

Dated:     October 8, 2019
              New York, New York

                                                       KATHERINE POLK FAILLA
                                                      United States District Judge