UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOE FASANO; ALTIMEO OPTIMUM FUND;
and ALTIMEO ASSET MANAGEMENT,
Individually and on behalf of all others similarly
situated,

                              Plaintiffs,

        -against-                                            16 **CIVIL** 8759 (KPF)

                                                                    **JUDGMENT**

GUOQING LI; PEGGY YU YU; DANGDANG
HOLDING COMPANY, LTD.; E-COMMERCE
CHINA DANGDANG INC.' KEWEN HOLDING
CO. LTD.; SCIENCE & CULTURE LTD.; FIRST
PROFIT MANAGEMENT, LTD.; DANQIAN
YAO; LIJUN CHEN; MIN KAN; RUBY RONG
LU; KE ZHANG and XIAOLONG LI,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2020, Defendants' motion to dismiss for forum non conveniens is GRANTED. The Court does not address Defendants' motion to dismiss under Rule 12(b)(6), as that alternative motion has been rendered moot; accordingly, this case is closed.

**Dated:** New York, New York

        August 28, 2020

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                                       BY: _K Mango_
                                                                        **Deputy Clerk**