UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joe Fasano; Altimeo Optimum Fund; Altimeo Asset Management; Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>Guoqing Li; Peggy Yu Yu; Dangdang Holding Company, Ltd.; E-Commerce China Dangdang Inc.; Kewen Holding Co. Ltd.; Science & Culture Ltd.; First Profit Management, Ltd.; Danqian Yao; Lijun Chen; Min Kan; Ruby Rong Lu; Ke Zhang; and Xiaolong Li,<br><br>**Defendants.** | Civil. A. No. 1:16-08759-KPF |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-captioned action, Joe Fasano, Altimeo Optimum Fund, and Altimeo Asset Management, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order and Judgment, dated August 28, 2020, dismissing the case based on the doctrine of *forum non conveniens* and all related orders and opinions, including the Court's July 22, 2019 order permitting Defendants to file a motion to dismiss under Fed R. Civ. P. 12(b)(6).

Dated: New York, NY
        September 11, 2020

SADIS & GOLDBERG LLP

/s/ Samuel J. Lieberman

By: Samuel J. Lieberman
     Ben Hutman
     551 Fifth Avenue, 21st Floor
     New York, New York 10176
     Telephone: (212) 573-8164
     Email: slieberman@sglawyers.com