UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO; ALTIMEO OPTIMUM FUND; and ALTIMEO ASSET MANAGEMENT, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>                    v.<br><br>GUOQING LI; PEGGY YU YU; DANGDANG HOLDING COMPANY, LTD.; E-COMMERCE CHINA DANGDANG INC.; KEWEN HOLDING CO. LTD.; SCIENCE & CULTURE LTD.; FIRST PROFIT MANAGEMENT, LTD.; DANQIAN YAO; LIJUN CHEN; MIN KAN; RUBY RONG LU; KE ZHANG; and XIAOLONG LI,<br><br>                            Defendants. | 16 Civ. 8759 (KPF) |

## DECLARATION OF TIMOTHY G. NELSON

I, Timothy G. Nelson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants E-Commerce China Dangdang Inc.; Dangdang Holding Company, Ltd.; Kewen Holding Co. Ltd.; Science & Culture International Ltd.; First Profit Management, Ltd.; Guoqing Li; Peggy Yu Yu; Danqian Yao; Lijun Chen; and Min Kan ("Defendants") in this action.

2.      I respectfully submit this declaration in support of Defendants' Motion to Vacate Clause Construction Award, filed concurrently herewith, and to transmit true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| Exhibit 1 | Partial Final Award, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (Oct. 22, 2024) |
| Exhibit 2 | Dissenting Opinion (Levi, J. (Ret.)), *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (Oct. 22, 2024) |
| Exhibit 3 | Claimants' Demand for Arbitration, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (Sept. 9, 2022) |
| Exhibit 4 | Form Deposit Agreement dated as of _____, 2010 among E-Commerce China Dangdang Inc., Bank of New York Mellon, and all Owners and Holders from time to time of American Depositary Shares, with form of American Depositary Receipts annexed as Exhibit A |
| Exhibit 5 | Claimants' Brief in Support of Class Action Arbitration, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (May 22, 2024) |
| Exhibit 6 | Respondents' Submission on Clause Construction, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (June 28, 2024) |
| Exhibit 7 | Claimants' Reply Brief in Support of Class Action Arbitration, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (July 12, 2024) |
| Exhibit 8 | Excerpts of Oral Argument via Zoom, *Fasano v. Li*, Case No. 01-22-0003-8285, AAA-ICDR (July 18, 2024) |
| Exhibit 9 | ICDR International Dispute Resolution Procedures – Amended and Effective March 1, 2021 |
| Exhibit 10 | AAA Supplementary Rules for Class Arbitrations – Effective October 8, 2003 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2024, in New York, New York.

    /s/ Timothy G. Nelson
Timothy G. Nelson