

Samuel J. Lieberman, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
Phone: 212.573.8164
Fax: 212.947.3796
slieberman@sadis.com

December 17, 2025

**VIA ECF**
The Hon. Katherine Polk Failla
U.S. Dist. Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Fasano, et al., v. Li, et al.*, Docket No. 16-cv-8759 (KPF)—Status Update

Dear Judge Failla:

      We write on behalf of all parties, pursuant to the Court's September 27, 2023 Opinion and Order, to update the Court that the parties have reached a settlement-in-principle in the ongoing arbitration before the American Arbitration Association ("AAA") to settle all disputes between the Class and Defendants/Respondents.  *Fasano v. Li*, 2023 WL 6292579 at *13 (S.D.N.Y. Sept. 27, 2023); ECF No. 130 at 30.  On November 21, 2025, the parties entered a Memorandum of Understanding memorializing their settlement-in-principle on behalf the Class, and agreed to work to finalize a definitive stipulation of settlement within 60 days thereof.  Accordingly, the parties are writing to update the Court about this settlement-in-principle.

      As the Court previously compelled arbitration of "Plaintiffs' common law claims" while staying Plaintiffs' federal securities claims because they "arise out of the same facts," the parties are conferring on the procedure and sequence for seeking Arbitration Tribunal and Court review of any class settlement.  *Id.* at **6-7, *14.  We will update the Court accordingly.

      Should the Court wish to discuss this update further, the parties can be available at the Court's convenience.

                                     Respectfully submitted,

                                        /s/ Samuel J. Lieberman
                                       Samuel J. Lieberman