

Samuel J. Lieberman, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
Phone: 212.573.8164
Fax: 212.947.3796
slieberman@sadis.com

February 6, 2026

**VIA ECF and Email**

The Hon. Katherine Polk Failla
U.S. Dist. Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Fasano, et al., v. Li, et al.*, No. 16-cv-8759 (KPF)—Joint Letter Update

Dear Judge Failla:

We write on behalf of all parties, pursuant to the January 9, 2026 order to advise the Court of the proposed next steps in this case.

After consultation with the arbitration tribunal that is currently overseeing the adjudication of Plaintiffs' common-law claims, the parties have determined that their next steps, after finalizing a settlement stipulation, are to seek classwide approval of the settlement from the arbitration tribunal pursuant to the American Arbitration Association's Supplementary Rules for Class Arbitration, which mirror the Federal Rules of Civil Procedure for classwide settlements, including with respect to notice to the settlement class and a final approval hearing.  The parties will then jointly petition this Court for confirmation of any final arbitration award approving the settlement pursuant to the Federal Arbitration Act.  Upon this Court's confirmation of the final arbitration award, the parties will file a stipulation of dismissal of the federal claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

We thank the Court for its attention to this matter and are available to address any questions that the Court may have.

                                                Respectfully submitted,

                                                 /s/ Samuel J. Lieberman
                                                Samuel J. Lieberman