**SADIS**

Samuel J. Lieberman, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
Phone: 212.573.8164
Fax: 212.947.3796
slieberman@sadis.com

April 10, 2026

<u>**VIA ECF and Email**</u>
The Hon. Katherine Polk Failla
U.S. Dist. Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Fasano et al., v. Li, et al.*, Docket No. 16-cv-8759 (KPF)—Joint Status Update

Dear Judge Failla:

    I write on behalf of all parties, pursuant to the Court's order on February 9, 2026 (Dkt. No. 152), to provide a status update regarding the parties' settlement efforts since our last status updated on February 6, 2026.

    On February 13, 2026, the parties executed a formal Stipulation and Agreement of Settlement. On February 19, 2026, Plaintiffs submitted an unopposed motion for preliminary approval of class action settlement to the Arbitration Tribunal responsible for adjudicating the common-law claims. On March 20, 2026, the Arbitration Tribunal held a preliminary approval hearing on the proposed settlement. The Arbitration Tribunal has indicated that it expects in the near future to issue a partial award granting preliminary approval of the settlement and setting a schedule for a fairness hearing and related dates.

    Should the Court wish to discuss this update further, the parties can be available at the Court's convenience.

        Respectfully submitted,

        */s/ Samuel J. Lieberman*
        Samuel J. Lieberman

The Court thanks the parties for this joint update. The parties are ORDERED to provide another status update by joint letter on or before **June 12, 2026.**

Dated:   April 13, 2026       SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

{00494566.DOCX; 1}