UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE FASANO; ALTIMEO OPTIMUM FUND; and ALTIMEO ASSET MANAGEMENT, *Individually and on Behalf of All Others Similarly Situated,*

Plaintiffs,

-v.-

GUOQING LI; PEGGY YU YU; DANGDANG HOLDING COMPANY, LTD.; E-COMMERCE CHINA DANGDANG INC.; KEWEN HOLDING CO. LTD.; SCIENCE & CULTURE LTD.; FIRST PROFIT MANAGEMENT, LTD.; DANQIAN YAO; LIJUN CHEN; MIN KAN; RUBY RONG LU; KE ZHANG; and XIAOLONG LI,

Defendants.

16 Civ. 8759 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 18, 2026, the parties submitted a joint petition to confirm the Final Award Approving Class Settlement (the “Final Approval Award”). (Dkt. #157). Because proceedings to confirm an arbitration award must be “treated as akin to a motion for summary judgment,” *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006), the Court construes the parties’ joint submission as a motion for summary judgment. And, after careful review of the record and the parties’ arguments, the Court GRANTS their joint motion. The Final Approval Award is hereby CONFIRMED.

Consistent with the parties’ anticipated final step in this case, they “may file with the Court a stipulated dismissal with prejudice to dismiss all claims in this action with prejudice.” (Dkt. #157 ¶ 31). In the meantime, the Clerk of

Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge