SADIS

Samuel J. Lieberman, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, N 10176
Phone: 212.573.8164
Fax: 212.947.3796
slieberman@sadis.com

August 21, 2026

**VIA ECF**

The Hon. Katherine Polk Failla
U.S. Dist. Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Fasano et al., v. Li, et al.*, No. 16-cv-8759 (KPF) – Stipulation of Dismissal with Prejudice

Dear Judge Failla:

I write on behalf of all parties to submit the enclosed Stipulation of Dismissal with Prejudice. On August 20, 2026, the Court confirmed the Final Award Approving Class Settlement and noted that the parties "may file with the Court a stipulated dismissal with prejudice to dismiss all claims in this action with prejudice." (Dkt. No. 158.) Accordingly, attached please find a stipulation of dismissal with prejudice, executed by counsel for all parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Rosenfeld v. Time Inc.*, 17-cv-9886 (DLC), 2018 WL 4177938, at *5 (S.D.N.Y. Aug. 30, 2018) (holding that voluntary dismissal with prejudice may terminate class action without further review by the court).

Separately, the parties note that the ECF Docket Text describing the Court's Order states, "It is hereby ORDERED that Plaintiff must show cause in writing by September 21, 2026, why this case should not be dismissed for failures to prosecute and comply with Court orders. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record." The parties respectfully submit that this ECF Docket Text may be an error, as it is not included in the Court's Order and Plaintiffs are counseled parties that receive service of Court orders through the Court's CM/ECF system. Moreover, the parties are not aware of any failures to comply with the Court's orders in this case, and this case has been stayed pending the arbitration that is the subject of the Final Award Approving Class Settlement since September 27, 2023. (*See* Dkt. No. 130.)

Should the Court have any questions about the Stipulation or this letter, the parties can be available at the Court's convenience.

Respectfully submitted,

*/s/ Samuel J. Lieberman*
Samuel J. Lieberman