UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FASANO; ALTIMEO OPTIMUM FUND; and ALTIMEO ASSET MANAGEMENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUOQING LI; PEGGY YU YU; DANGDANG HOLDING COMPANY, LTD.; E-COMMERCE CHINA DANGDANG INC.; KEWEN HOLDING CO. LTD.; SCIENCE & CULTURE LTD.; FIRST PROFIT MANAGEMENT, LTD.; DANQIAN YAO; LIJUN CHEN; MIN KAN; RUBY RONG LU; KE ZHANG; and XIAOLONG LI,<br><br>Defendants. | 16 Civ. 8759 (KPF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, all of the claims asserted in this action have been released and resolved through the Stipulation of Settlement (ECF No. 157-2) and a Final Award Approving Class Settlement has been entered by the Arbitration Tribunal in AAA Case No. 01-22-0003-8285 (ECF No. 157-6), and confirmed by this Court (ECF No. 158) (the "Arbitration Award"); and

WHEREAS, in light of the Arbitration Award, the parties wish to dismiss this action with prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this action are hereby dismissed with prejudice.

New York, NY
August 21, 2026

**SADIS & GOLDBERG LLP**

*/s/ Samuel J. Lieberman*

Samuel J. Lieberman
Ben Hutman
Claiborne R. Hane
Lily Cron
SADIS & GOLDBERG, LLP
551 Fifth Ave, FL. 21
New York, NY 10176
(212) 573-8164
slieberman@sadis.com
bhutman@sadis.com
chane@sadis.com
lcron@sadis.com

*Attorneys for Plaintiffs Joe Fasano, Altimeo Optimum Fund, and Altimeo Asset Management, and on behalf of all others similarly situated*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Bradley A. Klein*

Bradley A. Klein (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
bradley.klein@skadden.com

Scott D. Musoff
Timothy G. Nelson
Christopher R. Fredmonski
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, N.Y. 10001
(212) 735-3000
scott.musoff@skadden.com
timothy.g.nelson@skadden.com
christopher.fredmonski@skadden.com

*Attorneys for Defendants Guoqing Li, Peggy Yu Yu, Danqian Yao, Lijun Chen, Min Kan, Dangdang Holding Company, Ltd., E-Commerce China Dangdang Inc., Kewen Holding Co. Ltd., Science & Culture International Ltd., and First Profit Management, Ltd.*