**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOE FASANO; ALTIMEO OPTIMUM FUND; and ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

16 **CIVIL** 8759 (KPF)

# JUDGMENT

GUOQING LI; PEGGY YU YU; DANGDANG HOLDING COMPANY, LTD.; E-COMMERCE CHINA DANGDANG INC.; KEWEN HOLDING CO. LTD.; SCIENCE & CULTURE LTD.; FIRST PROFIT MANAGEMENT, LTD.; DANQIAN YAO; LIJUN CHEN; MIN KAN; RUBY RONG LU; KE ZHANG; and XIAOLONG LI,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2026, the Court has construed the parties' joint submission as a motion for summary judgment. And, after careful review of the record and the parties' arguments, the Court has GRANTED their joint motion. The Final Approval Award is hereby CONFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

August 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**